GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
LAW OFFICES OF GARY A. MODAFFERI, LLC.
612 S. 3rd Street
Las Vegas, Nevada 89101
702.327.3033
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:21-cr-00199-GMN-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO CONTINUE*** |
| | ) | ***SENTENCING HEARING*** |
| | ) | |
| HECTOR VASQUEZ, | ) | (First Request) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between JASON M.

FRIERSON, United States Attorney, and JEAN RIPLEY, counsel for the United States of

America, CASSANDRA BARNUM, Trial Attorney for the United States Department of Justice;

and GARY A. MODAFFERI, counsel for Defendant, HECTOR VASQUEZ, that the sentencing

hearing currently scheduled for Wednesday, May 31, 2023 at 11:00a.m., be vacated and

continued for one hundred twenty (120) days or to a date and time convenient to this Court.

/ / /

/ / /

/ / /

This request for a continuance is based on the following reasons:

1. Counsel requires additional time to file his objections to the draft presentence investigation report recently received.

2. Co-defendant Morales has recently entered into a guilty plea agreement with the Government and all parties, with Court approval, are seeking a consolidated sentencing hearing.

3. The government and Defendant agree to the continuance.

4. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. Denial of this request for a continuance could result in a miscarriage of justice.

6. This is the first request for continuance of the sentencing hearing.

DATED this 15th day of May, 2023.

JASON M. FRIERSON
UNITED STATES ATTORNEY

Gary A. Modafferi                                      Jean Ripley
/s/_____          /s/_____
GARY A. MODAFFERI, ESQ.                    Jean Ripley
Nevada Bar No. 12450                              Assistant United States Attorney
Attorney for Defendant                             Attorney for Plaintiff

Cassandra Barnum
/s/_____
CASSANDRA BARNUM
United States Department of Justice
Trial Attorney

GARY A. MODAFFERI, ESQ.
Nevada Bar No. 12450
612 S. 3rd Street
Las Vegas, Nevada 89101
702.327.3033
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:21-cr-00199-GMN-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| HECTOR VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for

Wednesday, May 31, 2023 at 11:00a.m., be vacated and continued to  October 10, 2023

at the hour of  9:00 AM    .

DATED AND DONE this  15  day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Gary A. Modafferi
_____
Gary A. Modafferi, Esq.
Nevada Bar No. 12450
Attorney for Defendant